| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ambro, Thomas L. | 2. Court or Organization<br><br>U.S. Court of Appeals, 3rd Cir | 3. Date of Report<br><br>05/15/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>Federal Courthouse<br>844 King Street, Lock Box 32<br>Wilmington, DE 19801 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▨ Revocable Trust |
| 2. | Member (Emeritus) | Georgetown University Alumni Admissions Program Board of Advisors |
| 3. | Member | Executive Committee, Richard S. Rodney Inn of Court |
| 4. | Member | Georgetown University Northern Delaware Alumni Admissions Program |
| 5. | Member | Board of Editors, Delaware Lawyer |
| 6. | Member | Board of Editors, Delaware Law Review |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Georgetown University - teaching | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | State of Delaware - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American College of Bankruptcy | February 23-24, 2012 | Boxton, MA | Panelist | Transportation, Lodging & Meals |
| 2. | American College of Bankruptcy | March 16-17. 2012 | Washington, DC | Induction Dinner | Transportation |
| 3. | American Bar Association | March 22-25, 2012 | Las Vegas, NV | Section of Business Law Spring Meeting | Transportation & Lodging |
| 4. | Georgetown University | April 11, 2012 | Washington, DC | Teaching Class | Transportation |
| 5. | American Bar Association | April 20-22, 2012 | Philadelphia, PA | Federal Judicial Improvements Spring Meeting | Transportation & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The Courts | May 17-18, 2012 | Washington, DC | Judicial Conference Meeting | Transportation, Lodging & Meals |
| 7. | New York University School of Law | July 15-16, 2012 | New York City, NY | Appellate Seminar Faculty | Transportation, Lodging & Meals |
| 8. | Georgetown University | July 31 - August 1, 2012 | Washington, DC | Teaching Class | Transportation |
| 9. | American Bar Association | August 3-5, 2012 | Chicago, IL | Annual Meeting | Transportation & Lodging |
| 10. | Georgetown University | August 28-29, 2012 | Washington, DC | Teaching Class | Transportation |
| 11. | Georgetown University | September 8-9, 2012 | Washington, DC | Teaching Class | Transportation |
| 12. | Georgetown University | September 16-17 2012 | Washington, DC | Teaching Class | Transportation |
| 13. | Georgetown University | September 23-24, 2012 | Washington, DC | Teaching Class | Transportation |
| 14. | Georgetown University | September 29-October 1, 2012 | Washington, DC | Teaching Class | Transportation |
| 15. | American College of Bankruptcy | October 11-12, 2012 | Pittsburgh, PA | Panelist: Valuation Seminar | Transportation |
| 16. | Georgetown University | October 14, 2012 | Washington, DC | Teaching Class | Transportation |
| 17. | American College of Bankruptcy | October 16-17, 2012 | St. Louis, MO | Guest Speaker | Transportation & Lodging |
| 18. | Georgetown University | October 20-22, 2012 | Washington, DC | Teaching Class | Transportation |
| 19. | Georgetown University | October 25, 2012 | Washington, DC | Teaching Class | Transportation |
| 20. | Georgetown University | November 4-5, 2012 | Washington, DC | Teaching Class | Transportation |
| 21. | Georgetown University | November 11-12, 2012 | Washington, DC | Teaching Class | Transportation |
| 22. | Georgetown University | November 18-19, 2012 | Washington, DC | Teaching Class | Transportation |
| 23. | Georgetown University | November 25, 2012 | Washington, DC | Teaching Class | Transportation |
| 24. | Georgetown University | December 2-3, 2012 | Washington, DC | Teaching Class | Transportation |
| 25. | Georgetown University | December 9-12, 2012 | Washington, DC | Teaching Class | Transportation |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 144) | P1 |
| 2. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 144) | P1 |
| 3. | TD, Bank N.A. | Limited guaranty of commercial loan to Springside, LLC (Part VII, Line 144) | P1 |
| 4. | PNC Bank, National Association | Guaranty of letter of credit reimbursement obligations of Middletown Professional Properties, LLC | O |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M&T Bank Account | A | Interest | K | T | | | | | |
| 2. M&T Bank Account | A | Interest | J | T | | | | | |
| 3. Wilmington Tax Exempt Investor | | None | J | T | | | | | |
| 4. Trust Account #6 | D | Dividend | N | T | | | | | |
| 5. - Centerpoint Energy Inc | | | | | | | | | |
| 6. - Harris Assoc Oakmark I | | | | | | | | | |
| 7. - Oppenheimer Limited Term Municipal FD CL C | | | | | Sold (part) | 07/17/12 | J | A | |
| 8. - WF Advantage Municipal Money Market | | | | | | | | | |
| 9. - Susquehanna Bancshares | | | | | Sold | 08/16/12 | J | C | |
| 10. - Teva Pharmaceutical ADR | | | | | Sold | 10/11/12 | J | A | |
| 11. IRA Account #1 | D | Dividend | N | T | | | | | |
| 12. - Oakmark Fund Class I | | | | | | | | | |
| 13. - Dodge & Cox Intl Stock Fund | | | | | Buy (add'l) | 06/28/12 | J | | |
| 14. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 15. - Fairholme Fund | | | | | Buy (add'l) | 06/28/12 | J | | |
| 16. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 17. | | | | | Sold (part) | 10/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] **NONE** (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Harris Assoc Invt TR Oakmark Equity & Income | | | | | Sold | 06/27/12 | K | C | |
| 19. - Pimco Unconstrained BD Fund CL Institutional | | | | | Sold | 06/27/12 | K | | |
| 20. - JP Morgan TR Strategic Income Oppty SEL CL | | | | | Sold | 06/27/12 | K | | |
| 21. - Loomis Sayles FDS 1 Bond Fund Retail Class | | | | | Sold | 06/27/12 | K | | |
| 22. - Matthews Intl FD Asian Growth & Income FD | | | | | Sold | 06/27/12 | J | | |
| 23. - WHV International Equity FD CL 1 | | | | | Buy (add'l) | 06/28/12 | J | | |
| 24. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 25. - Pimco Global Multi Asset FD | | | | | Sold | 06/27/12 | J | | |
| 26. - Templeton Income TR Global Total Return FD | | | | | Sold | 06/27/12 | K | | |
| 27. - Vanguard Inflation Protected Securities Fund | | | | | Sold | 04/18/12 | J | A | |
| 28. - Fairholme Funds Inc Focused Income Fund | | | | | Sold | 06/27/12 | K | | |
| 29. - Federated Strategic Value Dividend Fund | | | | | Buy (add'l) | 06/29/12 | J | | |
| 30. - Natixis FDS TR 1 Oakmark Intl FD | | | | | Buy (add'l) | 06/28/12 | J | | |
| 31. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 32. - Nuveen Invt Trust Tradewinds Value Opptys FD | | | | | Sold | 04/18/12 | J | | |
| 33. - Pimco All Asset Fund Inst CL | | | | | Sold | 06/27/12 | J | | |
| 34. - Federated Prudent Dollarbear FD | | | | | Sold | 06/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Nuveen Tradewinds Global All-Cap FD Instl Shs Class | | | | | Sold | 04/18/12 | J | | |
| 36. - Brandes Invt TR Instl Emerging Mkts FD | | | | | Buy | 06/28/12 | K | | |
| 37. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 38. - Calamos Invt TR New Growth FD | | | | | Buy | 06/28/12 | K | | |
| 39. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 40. | | | | | Sold | 11/12/12 | K | A | |
| 41. - Federated Intl Strategic Value Dividend Fund | | | | | Buy | 6/28/12 | K | | |
| 42. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 43. - Matthews Asia Dividend Fund | | | | | Buy | 06/28/12 | K | | |
| 44. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 45. -Pimco Equity Ser Eqs Pathfinder | | | | | Buy | 06/28/12 | K | | |
| 46. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 47. - Pimco FDS Emerging Local BD FD CL P | | | | | Buy | 04/02/12 | J | | |
| 48. | | | | | Sold | 06/27/12 | J | | |
| 49. - Primecap Odyssey FDS Aggressive Growth Fund | | | | | Buy | 11/13/12 | K | | |
| 50. - T Rowe Price Cap Appreciation FD | | | | | Buy | 06/28/12 | K | | |
| 51. | | | | | Buy (add'l) | 06/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Thornburg Invt TR Income Builder FD | | | | | Buy | 06/28/12 | K | | |
| 53. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 54. IRA Account #2 | E | Int./Div. | M | T | | | | | |
| 55. - Fairholme Fund | | | | | Sold (part) | 06/22/12 | K | | |
| 56. | | | | | Sold (part) | 10/26/12 | K | A | |
| 57. - Harris Assoc Invt TR Oakmark Equity & Income Fund | | | | | Sold | 06/22/12 | M | E | |
| 58. - WHV International Equity FD CL | | | | | Sold (part) | 06/22/12 | L | D | |
| 59. | | | | | Sold (part) | 10/26/12 | J | | |
| 60. - Fairholme Funds Inc Focused Income Fund | | | | | Sold | 06/22/12 | M | | |
| 61. - JP Morgan TR Strategic Income Oppty SEL CL | | | | | Sold | 06/22/12 | M | | |
| 62. - Matthews Intl FD Asian Growth & Income FD | | | | | Sold (part) | 06/22/12 | K | | |
| 63. | | | | | Sold | 06/26/12 | K | | |
| 64. - Nuveen Tradewinds Global All Cap FD Instl Sh | | | | | Sold | 04/18/12 | K | | |
| 65. - Pimco FDS Emerging Local BD FD | | | | | Sold | 06/22/12 | L | | |
| 66. - Pimco Global Multi Asset FD | | | | | Sold | 06/22/12 | L | | |
| 67. - Templeton Income TR Global Total Return FD | | | | | Sold | 06/22/12 | M | | |
| 68. - Dodge & Cox Intl Stock FD | | | | | Sold (part) | 06/22/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/26/12 | J | | |
| 70. -Fairholme Funds Inc Allocation FD | | | | | Sold | 06/22/12 | L | | |
| 71. - Federated Strategic Value Dividend FD | | | | | Sold (part) | 06/22/12 | L | C | |
| 72. | | | | | Sold (part) | 10/26/12 | K | B | |
| 73. - Federated Prudent Dollarbear FD | | | | | Sold | 06/22/12 | L | | |
| 74. - Harris Assoc Invt TR Oakmark Global Select FD | | | | | Sold | 06/22/12 | L | | |
| 75. - Loomis Sayles Invt TR Bond Class I | | | | | Sold (part) | 02/14/12 | J | | |
| 76. | | | | | Sold | 06/22/12 | N | | |
| 77. - Natixisfds TR I Oakmark Intl FD | | | | | Sold (part) | 06/22/12 | K | | |
| 78. | | | | | Sold (part) | 10/26/12 | K | | |
| 79. - Nuveen Invt Trust Tradewinds Value Opptys | | | | | Sold | 04/18/12 | K | | |
| 80. - Pimco Unconstrained BD FD CL Institutional Funds | | | | | Sold | 06/22/12 | N | D | |
| 81. - Pimco All Asset Fnd Inst CL | | | | | Sold | 06/22/12 | L | | |
| 82. - Brandes Invt TR Instl Emerging Mkts FD | | | | | Buy | 06/22/12 | K | | |
| 83. | | | | | Sold (part) | 10/26/12 | J | A | |
| 84. - Federated Invt TR Instl Emerging Mkts FD | | | | | Buy | 06/22/12 | K | | |
| 85. | | | | | Sold (part) | 10/26/12 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Matthews Asia Dividend FD | | | | | Buy | 06/26/12 | K | | |
| 87. | | | | | Sold (part) | 10/26/12 | K | B | |
| 88. - Pimco Equity Ser EQS Pathfinder | | | | | Buy | 06/22/12 | K | | |
| 89. | | | | | Sold (part) | 10/26/12 | K | A | |
| 90. - Primecap Odyssey FDS Aggressive Growth FD | | | | | Buy | 11/13/12 | K | | |
| 91. - T Rowe Price Ca Appreciation FD | | | | | Buy | 06/22/12 | K | | |
| 92. | | | | | Sold (part) | 10/26/12 | K | B | |
| 93. - Thornburg Invt TR Invt Income Builder | | | | | Buy | 06/22/12 | K | | |
| 94. | | | | | Sold (part) | 10/26/12 | K | A | |
| 95. - Calamos Invt TR New Growht FD Instl CL | | | | | Buy | 06/22/12 | K | | |
| 96. | | | | | Sold (part) | 10/26/12 | K | A | |
| 97. | | | | | Sold | 11/12/12 | K | A | |
| 98. Trust Account #12 | D | Int./Div. | M | T | | | | | |
| 99. - Fairholme Fund | | | | | Buy (add'l) | 02/02/12 | K | | |
| 100. | | | | | Sold (part) | 06/26/12 | K | | |
| 101. - Oracle Corp | | | | | Sold | 02/02/12 | J | A | |
| 102. - Harris Assoc INVT TR Oakmark Global Seletct FD | | | | | Buy (add'l) | 02/02/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 06/26/12 | J | A | |
| 104. - WHV International Equity FD | | | | | Sold (part) | 02/02/12 | J | A | |
| 105. | | | | | Sold (part) | 06/26/12 | J | A | |
| 106. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 107. - Oppenheimer Limited Term Municipal Fund Class A | | | | | Buy (add'l) | 01/12/12 | J | | |
| 108. | | | | | Sold (part) | 02/02/12 | L | B | |
| 109. | | | | | Sold | 02/06/12 | J | A | |
| 110. - Matthews Intl FD Asian Growth & Income FD | | | | | Buy (add'l) | 02/02/12 | J | | |
| 111. | | | | | Sold | 06/26/12 | J | | |
| 112. - Nuveen All American Municipal BD FD | | | | | Sold (part) | 02/06/12 | J | A | |
| 113. | | | | | Sold | 04/19/12 | L | C | |
| 114. - Nuveen Tradewinds Global All-Cap FD Instl Sh | | | | | Buy (add'l) | 02/03/12 | J | | |
| 115. | | | | | Sold | 04/18/12 | J | | |
| 116. -Federated Strategic Value Dividend Fund Instl | | | | | Sold (part) | 06/26/12 | J | A | |
| 117. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 118. -Franklin Funds High Yield Tax-Free Inc Fund | | | | | Sold | 02/02/12 | J | A | |
| 119. - Nuveen Invt Trust Tradewinds Value Opptys Fund | | | | | Buy (add'l) | 02/03/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 04/18/12 | J | | |
| 121.  - Pimco All Asset Fnd Inst CL | | | | | Sold | 06/26/12 | J | | |
| 122.  - Pimco Global Multi-Asset FND | | | | | Sold | 06/26/12 | J | | |
| 123.  - Thornburg Invt TR Income Builder FD | | | | | Buy (add'l) | 02/02/12 | J | | |
| 124. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 125.  - Brandes Invt TR Inst Emerging Mkts FD | | | | | Buy | 06/27/12 | J | | |
| 126. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 127.  - Calamos Invt TR New Growth FD Instl | | | | | Buy | 06/27/12 | J | | |
| 128. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 129. | | | | | Sold | 11/12/12 | K | A | |
| 130.  - Dodge & Cox Intl Stock FD | | | | | Buy | 02/02/12 | J | | |
| 131. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 132.  - Federated Intl Strategic Value Dividend FD | | | | | Buy | 06/27/12 | J | | |
| 133. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 134.  - Matthews Asia Dividend FD | | | | | Buy | 06/26/12 | J | | |
| 135. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 136. | | | | | Buy (add'l) | 06/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Natixis FDS TR I Oakmark Intl FD CL A | | | | | Buy | 02/02/12 | J | | |
| 138. | | | | | Buy (add'l) | 06/27/12 | J | | |
| 139. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 140. - Pimco Equity Ser EQS Pathfinder FD | | | | | Buy | 06/26/12 | J | | |
| 141. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 142. - Primecap Odyssey FDS Aggressive Growth FD | | | | | Buy | 11/13/12 | K | | |
| 143. - T Rowe Price Cap Appreciation FD | | | | | Buy | 06/26/12 | J | | |
| 144. | | | | | Buy (add'l) | 06/28/12 | J | | |
| 145. Springside, LLC (2000 - $300,000, 2012- $20,123) | B | Interest | P1 | W | Buy (add'l) | 08/07/12 | K | | |
| 146. Middletown Professional Properties, LLC, (2004 - $80,925) | E | Rent | O | W | | | | | |
| 147. Trust #14 | F | Interest | P1 | T | | | | | |
| 148. - Du Page Cook & Will Cntys IL Bond | | | | | | | | | |
| 149. - Rhode Island St Economic DV Corp RV Grant | | | | | Sold | 04/18/12 | K | B | |
| 150. - Oaklahoma Cnty Ok Indpt Sch Dist No 89 | | | | | | | | | |
| 151. - Milwaukee WI Corp Purp B1 G/O Unltd | | | | | Sold | 05/16/12 | K | B | |
| 152. - University TX Univ Revs Rfdg Fing Sys | | | | | | | | | |
| 153. - Gwinnett Cnty GA Sch Dist G/O | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Tennessee ST Ser A G/O | | | | | Sold | 05/10/12 | K | C | |
| 155. - Maryland St St & Loc FACS LN 2nd Ser G/O | | | | | | | | | |
| 156. - Cherokee Cnty GA Sch Sys G/O | | | | | | | | | |
| 157. - Illinois St Toll Hwy Auth Rev SR Priority | | | | | | | | | |
| 158. - Arizona Brd Regents Univ AZ Sys Rev Ser A | | | | | | | | | |
| 159. - University IL Revs Rfdg Auxiliary Facs Sys | | | | | Sold | 10/31/12 | M | C | |
| 160. - Washington ST Ser A G/O Unl TD | | | | | Sold | 11/30/12 | K | B | |
| 161. - Las Vegas Wly NV Wtr Dist Rfdg Ser a | | | | | Sold | 09/13/12 | L | D | |
| 162. - Utah St Ser C G/O B/E CPN | | | | | | | | | |
| 163. - Indiana ST Fin Auth Rev Rfdg ST | | | | | | | | | |
| 164. - Connecticut ST HSG Fin Auth | | | | | Sold | 10/31/12 | L | D | |
| 165. - Metro Atlanta Rapid Tran Rev Ref | | | | | | | | | |
| 166. - Massachusetts St Sch Bldg Auth Dedicated Sales Tax | | | | | Sold | 10/31/12 | M | D | |
| 167. - Sprint TX Indpt Sch Dist Ref Schoolhouse Ser A | | | | | | | | | |
| 168. - Lower Co Riv Auth TX Transmission Contract RV | | | | | | | | | |
| 169. - Dallas TX Area Rapid Tran Sales Tax Rev | | | | | | | | | |
| 170. - Missouri St Hwys & Transn Commn ST RD Rev | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Poway CA Uni Sch Dist Rfdg Sch Facs Impt Dist | | | | | Sold | 10/31/12 | M | E | |
| 172. - University WA Univ Revs Rfdg Gen Ser A B/E | | | | | | | | | |
| 173. - Minnesota ST Gen FD Rfdg Appropriation Ser B | | | | | Buy | 12/03/12 | L | | |
| 174. - New Jersey ST Tpk Auth Tpk Rev Ser B | | | | | Buy | 09/21/12 | M | | |
| 175. - Fort Bend Cnty TX Rfdg Sub Lien Toll RD | | | | | Buy | 06/09/12 | K | | |
| 176. - Charlote Mecklenburg Hsp Auth NC HC Sys Rev Rfdg | | | | | Buy | 05/10/12 | L | | |
| 177. Trust #15 | D | Int./Div. | N | T | | | | | |
| 178. - Cisco Systems Inc | | | | | Sold | 10/11/12 | J | A | |
| 179. - Duke Energy Corp | | | | | | | | | |
| 180. - Johnson & Johnson | | | | | | | | | |
| 181. - Microsoft Corp | | | | | | | | | |
| 182. - Oracle Corporation | | | | | Sold | 10/26/12 | J | C | |
| 183. - Range Resources Corp | | | | | | | | | |
| 184. - Sandridge Energy Inc | | | | | Sold | 10/26/12 | J | | |
| 185. - The Southern Company | | | | | Sold | 08/30/12 | J | C | |
| 186. - Rex Energy Corp | | | | | Buy | 02/23/12 | J | | |
| 187. | | | | | Buy (add'l) | 05/08/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 189.  - The St Joe Company | | | | | Buy | 04/03/12 | K | | |
| 190.  - Ultra Petroleum Corp | | | | | Buy | 03/27/12 | J | | |
| 191.  - Fairholme FDS Inc | | | | | Buy | 09/20/12 | J | | |
| 192. | | | | | Buy (add'l) | 12/05/12 | J | | |
| 193.  -Franklin Funds High Yield Tax-Free Inc | | | | | Buy | 06/26/12 | J | | |
| 194. | | | | | Sold (part) | 08/02/12 | J | B | |
| 195. | | | | | Sold (part) | 12/17/12 | J | A | |
| 196.  - Oppenheimer Muni FD Limited Term Mun FD | | | | | Buy | 01/12/12 | K | | |
| 197. | | | | | Buy (add'l) | 06/26/12 | J | | |
| 198. | | | | | Sold (part) | 08/02/12 | J | A | |
| 199. | | | | | Sold (part) | 12/17/12 | J | A | |
| 200.  - Brocade Communications Systems | | | | | Buy | 02/06/12 | J | | |
| 201. | | | | | Sold | 06/21/12 | J | | |
| 202.  IRA #3 | D | Int./Div. | O | T | | | | | |
| 203.  - Centerpoint Energy Inc | | | | | Sold | 06/21/12 | K | D | |
| 204.  - Devon Energy Corp | | | | | Buy (add'l) | 12/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - Dominion Res Inc VA | | | | | | | | | |
| 206. - Exxon Mobil Corp | | | | | | | | | |
| 207. - Intel Corp | | | | | Sold | 10/11/12 | K | B | |
| 208. - Market Vector Gold Miners | | | | | | | | | |
| 209. - Supervalu Inc | | | | | Buy (add'l) | 04/19/12 | J | | |
| 210. - Unified Ser TR Appleseed FD | | | | | | | | | |
| 211. - Brown Cap Mgmt Mut FDS Small Co Fund Inv | | | | | | | | | |
| 212. - Gamco Glbl Gold Natural Resources & Income TR by Gabelli | | | | | | | | | |
| 213. - Marine Harvest - Unspn ADR | | | | | Buy | 03/29/12 | J | | |
| 214. - The St Joe Company | | | | | Buy | 06/25/12 | J | | |
| 215. - Fairholme FDS Inc | | | | | Buy | 09/26/12 | K | | |
| 216. - Federated Equity FDS Prudent Bear FD Instl CL | | | | | Buy | 10/26/12 | M | | |
| 217. | | | | | Sold | 12/17/12 | M | | |
| 218. IRA #4 | D | Int./Div. | P1 | T | | | | | |
| 219. - iShares Barclays 3-7 Yr Treasury Bond FD | | | | | Buy | 06/27/12 | O | | |
| 220. | | | | | Sold (part) | 07/02/12 | O | A | |
| 221. | | | | | Buy (add'l) | 08/01/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 09/04/12 | N | A | |
| 223. | | | | | Buy (add'l) | 11/01/12 | N | | |
| 224. - iShares Core S&P Midcap ETF | | | | | Buy | 11/01/12 | N | | |
| 225. - Proshares Trust ET Ultra 7-10 YR Treasury Non-Traditional | | | | | Buy | 06/27/12 | N | | |
| 226. | | | | | Sold (part) | 07/02/12 | O | C | |
| 227. | | | | | Buy (add'l) | 08/01/12 | N | | |
| 228. | | | | | Sold (part) | 09/04/12 | N | | |
| 229. | | | | | Buy (add'l) | 11/01/12 | N | | |
| 230. - Proshares Ultra ET Midcap 400 Non-Traditional ETF | | | | | Buy | 09/04/12 | N | | |
| 231. | | | | | Sold (part) | 10/01/12 | N | B | |
| 232. | | | | | Buy (add'l) | 11/01/12 | N | | |
| 233. - iShares S&P Midcap 400 ETF | | | | | Buy | 09/04/12 | O | | |
| 234. | | | | | Sold | 10/01/12 | O | | |
| 235. - iShares TR S&P 500 | | | | | Buy | 07/03/12 | O | | |
| 236. | | | | | Sold (part) | 08/01/12 | K | A | |
| 237. | | | | | Sold | 09/04/12 | O | E | |
| 238. -iShares Core S&P 500 ETF | | | | | Buy | 10/01/12 | O | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 11/01/12 | O | | |
| 240.  - iShares Russell 2000 ETF | | | | | Buy | 07/02/12 | O | | |
| 241. | | | | | Sold (part) | 08/01/12 | O | | |
| 242. | | | | | Buy (add'l) | 09/04/12 | O | | |
| 243. | | | | | Sold | 11/01/12 | O | B | |
| 244.  - iShare Barclay 1-3 Yr TR ETF | | | | | Buy | 06/27/12 | O | | |
| 245. | | | | | Sold | 07/02/12 | O | | |
| 246.  - Proshares Ultra S&P 500 ETF | | | | | Buy | 07/02/12 | N | | |
| 247. | | | | | Sold (part) | 09/04/12 | N | E | |
| 248. | | | | | Buy (add'l) | 10/01/12 | N | | |
| 249. | | | | | Sold | 11/01/12 | N | | |
| 250.  - Ultra Russell 2000 | | | | | Buy | 07/02/12 | N | | |
| 251. | | | | | Sold (part) | 08/01/12 | M | | |
| 252. | | | | | Buy (add'l) | 09/04/12 | N | | |
| 253. | | | | | Sold (part) | 10/01/12 | J | A | |
| 254. | | | | | Sold | 11/01/12 | N | B | |
| 255.  Trust #16 | C | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Anworth Mortgage Asset Corp | | | | | Buy | 11/07/12 | J | | |
| 257. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 258. - Apollo Investment Corp | | | | | Buy | 11/07/12 | J | | |
| 259. - Applied Materials Inc AMAT | | | | | Buy | 11/16/12 | J | | |
| 260. - Arlington Asset Investment Corp | | | | | Buy | 11/07/12 | J | | |
| 261. - Armour Residential Reit Inc | | | | | Buy | 12/18/12 | J | | |
| 262. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 263. - Blackrock Kelso Capital Corp | | | | | Buy | 11/07/12 | J | | |
| 264. - Cardinal Health Inc | | | | | Buy | 11/07/12 | J | | |
| 265. - Centrylink Inc | | | | | Buy | 11/07/12 | K | | |
| 266. - Cisco Systems Inc | | | | | Buy | 11/07/12 | J | | |
| 267. - Cypress Semiconductor Corp | | | | | Buy | 11/07/12 | J | | |
| 268. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 269. - CYS Investments Inc | | | | | Buy | 11/07/12 | J | | |
| 270. - Dynex Cap Inc | | | | | Buy | 11/07/12 | J | | |
| 271. - Ford Motor Company | | | | | Buy | 11/07/12 | J | | |
| 272. | | | | | Sold (part) | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - General Electric Company | | | | | Buy | 11/07/12 | J | | |
| 274. - Halliburton Comapny | | | | | Buy | 11/07/12 | J | | |
| 275. - Intersil Corp | | | | | Buy | 11/07/12 | J | | |
| 276. - Johnson & Johnson | | | | | Buy | 11/07/12 | J | | |
| 277. - KLA-Tencor corp | | | | | Buy | 11/19/12 | J | | |
| 278. - Kohls Corp | | | | | Buy | 11/07/12 | J | | |
| 279. | | | | | Buy (add'l) | 12/20/12 | J | | |
| 280. | | | | | Buy (add'l) | 12/26/12 | J | | |
| 281. - Kroger Company Common | | | | | Buy | 11/07/12 | J | | |
| 282. | | | | | Sold (part) | 11/14/12 | J | | |
| 283. - Marvell Technology Group LTD | | | | | Buy | 11/07/12 | J | | |
| 284. - Microsoft Corp | | | | | Buy | 11/12/12 | J | | |
| 285. | | | | | Buy (add'l) | 11/13/12 | J | | |
| 286. | | | | | Buy (add'l) | 11/16/12 | J | | |
| 287. - New York Mortgage Trust Inc | | | | | Buy | 11/07/12 | J | | |
| 288. - NewCastle Investment Corp | | | | | Buy | 11/07/12 | J | | |
| 289. - Northstar Realty Finance Corp | | | | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 11/14/12 | J | | |
| 291. - Proctor & Gamble | | | | | Buy | 11/07/12 | J | | |
| 292. - Proshares TR ET Ultrashort Russell 2000 | | | | | Buy | 11/23/12 | J | | |
| 293. | | | | | Buy (add'l) | 11/26/12 | J | | |
| 294. | | | | | Sold (part) | 12/11/12 | J | | |
| 295. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 296. - Proshares Trust ET Ultrashort S&P 500 | | | | | Buy | 11/07/12 | L | | |
| 297. | | | | | Buy (add'l) | 11/14/12 | J | | |
| 298. | | | | | Sold (part) | 11/16/12 | J | A | |
| 299. | | | | | Sold (part) | 11/19/12 | J | A | |
| 300. | | | | | Sold (part) | 12/11/12 | J | | |
| 301. | | | | | Buy (add'l) | 12/19/12 | J | | |
| 302. - Prospect Capital Corp | | | | | Buy | 11/07/12 | J | | |
| 303. | | | | | Buy (add'l) | 11/12/12 | J | | |
| 304. - Regal Entertainment Group | | | | | Buy | 11/07/12 | J | | |
| 305. - Select Sector Spdr TR Utilities Select Sector | | | | | Buy | 11/07/12 | J | | |
| 306. - St Jude Medical Inc | | | | | Buy | 11/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Telefonica Brasil SA Sponsored ADR | | | | | Buy | 12/26/12 | J | | |
| 308. - Telefonica SA Spon ADR | | | | | Buy | 11/07/12 | J | | |
| 309. - TICC Capital Corp | | | | | Buy | 11/07/12 | J | | |
| 310. - Total SA Spons ADR | | | | | Buy | 11/07/12 | J | | |
| 311. - Two Harbors Invt Corp | | | | | Buy | 11/07/12 | J | | |
| 312. - Walgreen Company | | | | | Buy | 11/07/12 | J | | |
| 313. - Waste Management Inc Del | | | | | Buy | 11/07/12 | J | | |
| 314. | | | | | Buy (add'l) | 11/19/12 | J | | |
| 315. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 316. - Whitestone Reit | | | | | Buy | 11/07/12 | K | | |
| 317. | | | | | Sold (part) | 12/04/12 | J | A | |
| 318. - Gladstone Investment Corp | | | | | Buy | 11/07/12 | J | | |
| 319. - Exelon Corporation | | | | | Buy | 11/07/12 | J | | |
| 320. | | | | | Sold | 11/13/12 | J | | |
| 321. - JP Morgan Chase & Co | | | | | Buy | 11/07/12 | J | | |
| 322. | | | | | Sold | 11/23/12 | J | A | |
| 323. - Kellogg Company | | | | | Buy | 11/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold (part) | 11/14/12 | J | | |
| 325. | | | | | Sold | 11/26/12 | J | A | |
| 326. - Merck & Co Inc New | | | | | Buy | 11/07/12 | J | | |
| 327. | | | | | Sold | 11/21/12 | J | | |
| 328. - Wells Fargo Company | | | | | Buy | 11/07/12 | J | | |
| 329. | | | | | Sold | 11/21/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ambro, Thomas L. | 05/15/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed in Part VII, Line 145, has rental income from property located in Middletown, DE. This asset was purchased in 2004 for $80,925.

Assets listed in Part VII, Lines 1&2, bank name changed because Wilmington Trust Bank was purchased by M&T Bank.

Part VI, Line 4, is in reference to investment listed in Part VII, Line 146.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas L. Ambro**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544